Brandt L. Wolkin, Esq.,     SBN 112220
Dawn A. Silberstein, Esq.,   SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328

Attorneys for Defendant
ONEBEACON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA -**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES JARDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY, a corporation, and DOES 1 thorough 50,<br><br>Defendants. | Case No. C-10-3336 SC, consolidated for pre-trial purposes with:<br>Case No. C-10-3318-SC;<br>Case No. C-10-3319-SC; and<br>Case No. C-10-3335-SC.<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT-RELATED BRIEFING DEADLINES**<br><br>The Honorable Judge Samuel Conti |

Counsel for the above action hereby stipulate and agree to the following extensions of time to file Opposition and Reply briefing in response to defendant ONEBEACON INSURANCE COMPANY'S (hereinafter, "ONEBEACON") Motion for Summary Judgment filed on March 2, 2011 in the above matter, which motion shall be heard April 8, 2011, and respectfully request the Court issue an order approving same.

Plaintiff JAMES JARDINE (hereinafter, "PLAINTIFF") shall file its Opposition to ONEBEACON'S motion on or before **Thursday, March 24, 2011**.

ONEBEACON shall file any papers in Reply to PLAINTIFF'S Opposition on or before **Thursday, March 31, 2011.**

1.

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION**     **CASE 3:10-CV-03336 SC**
**FOR SUMMARY JUDGMENT-RELATED BRIEFING DEADLINES**

2.

1     **IT IS SO STIPULATED:**

2   Dated:    March 18, 2011        WOLKIN • CURRAN, LLP

4         /s/ *Brandt Wolkin*

5         By: _____
                Brandt L. Wolkin
6                Dawn A. Silberstein

7         Lead Trial Counsel for Defendant
        OneBeacon Insurance Company

9   Dated:    March 18, 2011        LAW OFFICE OF SCHENONE & PECK

11         /s/ *Ronald Peck*

12         By: _____
               Ronald G. Peck

14         Lead Trial Counsel for Plaintiff James Jardine

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION**    **CASE 3:10-CV-03336 SC**
**FOR SUMMARY JUDGMENT-RELATED BRIEFING DEADLINES**

3.

1 **[Proposed] ORDER**

2   Pursuant to the above Stipulation, the Court hereby approves the following briefing
3 schedule in regard to ONEBEACON"S Motion for Summary Judgment:
4   PLAINTIFF shall file its Opposition to ONEBEACON'S motion on or before
5 **Thursday, March 24, 2011**.
6   ONEBEACON shall file any papers in Reply to PLAINTIFF'S Opposition on or
7 before **Thursday, March 31, 2011.**
8   **IT IS SO ORDERED.**
9 Dated:   March 22, 2011

10   _____
11   The Honorable Judge Samuel Conti,
   Judge of the United States District Court,
   in and for the Northern District of California,
12   San Francisco Division.

# DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **18 March 2011** I served the attached document, STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT-RELATED BRIEFING DEADLINES**,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

<u>  x  </u>  **BY ELECTRONIC SERVICE:** I transmitted true and correct copy(ies) of the above document(s) by electronic service from: "arojas@wolkincurran.com" on **18 March 2011** to the addressee(s) listed on the attached service list. A signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed 18 March 2011, at San Francisco, California.

*/s/ Angela Rojas*

Angela Lee Rojas

---

**DECLARATION OF SERVICE**                          **CASE NO. 3:10-C--03336 SC**

1

**SERVICE LIST**

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax:  510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |