```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JAMES JARDINE, an individual, ) | Case No. 10-3018 SC |
| ) | Case No. 10-3019 SC |
| Plaintiff, ) | Case No. 10-3335 SC |
| ) | Case No. 10-3336 SC |
| v. ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| MARYLAND CASUALTY COMPANY, a ) | MOTION FOR LEAVE TO FILE |
| corporation, ) | <u>AMENDED COMPLAINT</u> |
| ) | |
| Defendant. ) | |
| ──────────────────────────────── ) | |
| ) | |
| JAMES JARDINE, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EMPLOYERS FIRE INSURANCE COMPANY, ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────────────── ) | |

Plaintiff James Jardine ("Jardine") has filed a motion in Case Number 10-3336, seeking leave to amend his complaint to add Employers Fire Insurance Company ("Employers") as a Defendant. ECF No. 43 ("Mot.").[1] Employers filed an Opposition. ECF No. 44 ("Opp'n"). Employers does not argue that Plaintiff's Motion should

---

[1] Employers, a Defendant in Case Numbers 10-3018 and 10-3019, was originally sued as "OneBeacon Insurance." <u>See</u> Compl. The parties subsequently stipulated to substitute Employers for this OneBeacon Insurance. ECF No. 41.

1 | be denied, and instead devotes its Opposition to attacking the
2 | merits of Plaintiff's claims.  Id.
3 |     Because Federal Rule of Civil Procedure 15(a)(2) provides that
4 | a court should freely give parties leave to amend their pleadings
5 | "when justice so requires," and because Employers does not object
6 | to Plaintiff's Motion, the Court GRANTS Plaintiff's Motion.
7 | Plaintiff must file his amended complaint within ten (10) days of
8 | this Order.

    IT IS SO ORDERED.

Dated:  August 22, 2011

_____
UNITED STATES DISTRICT JUDGE