IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE,<br><br>   Plaintiff,<br><br>       v.<br><br>MARYLAND CASUALTY COMPANY,<br><br>      Defendant. | Case Nos. 10-3335 SC,<br>10-3336 SC<br><br>Related Cases: 10-3318 SC,<br>10-3319 SC<br><br><br><br>JUDGMENT |
| JAMES JARDINE,<br><br>   Plaintiff,<br><br>       v.<br><br>EMPLOYERS FIRE INSURANCE<br>COMPANY, and DOES 1 through 50,<br><br>      Defendant. | |

On December 27, 2011, the Court issued an Order granting Defendant Employers Fire Insurance Company's Motions for Summary Judgment against Plaintiff James Jardine in case numbers 10-3335 and 10-3336.  10-3335 ECF No. 68 ("Order").  In accordance with the Court's Order, JUDGMENT is hereby entered in favor of Employers and against Jardine with respect to all of Jardine's claims in 10-3335 and 10-3336.

    IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: January 5, 2012

UNITED STATES DISTRICT JUDGE